07-5047-SWH

| | |
|---|---|
| Plaintiff(s): Richard Schwinger, Mr. | Defendant(s): Menu Foods ; Menu Foods Income Fund ; Menu Foods Gen Par Limited ; Menu Foods Limited Partnership ; Menu Foods Operating Partnership ; Menu Foods Midwest Corp ; Menu Foods South Dakota ; Menu Foods, Inc. ; Menu Foods Holdings, Inc. ; Wal-Mart Stores, Inc. ; Del Monte Foods, Inc. |
| County of Residence: Barry | County of Residence: Outside State of Missouri |
| Plaintiff's Atty(s):<br>**David A. Payne, Mr.**<br>**Cardin & Payne**<br>**607 Main Street**<br>**Cassville, Missouri 65625**<br>**417-847-4559** | Defendant's Atty(s): |

II. Basis of Jurisdiction:   4. Diversity (complete item III)

III. Citizenship of
Principal Parties (Diversity
Cases Only)
    Plaintiff:- 1 Citizen of This State
    Defendant:- 5 Non MO corp and Principal place of Business outside MO

IV. Origin :   6. Multidistrict Litigation

V. Nature of Suit:   360 Other Personal Injury

VI. Cause of Action:   28 U.S.C §§1332(d)(2) Plaintiff was injured as a result of Defendants' acts which caused the death of Plaintiff's dog from contaminated pet food

VII. Requested in
Complaint
    Class Action:
    Dollar Demand:

Jury Demand: **Yes**

---

Signature: **David A. Payne**

Date: **5-15-07**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action.** Note: **You may need to adjust the font size in your browser display to make the form print properly.**
Revised: 05/09/06