EAPN

# U.S. District Court
# United States District Court for the Western District of Missouri (Joplin)
## CIVIL DOCKET FOR CASE #: 3:07−cv−05041−SWH

Schwinger v. Menu Foods et al  
Assigned to: Magistrate Judge Sarah W. Hays  
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 05/15/2007  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

**Plaintiff**

**Richard Schwinger**  
*Individually and all others Persons Similarly Situated*

represented by **David A. Payne**  
Tom W. Cardin, P.C.  
607 Main St.  
Cassville, MO 65625  
(417) 847−4559  
Email: cardinandpayne@centurytel.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**

**Defendant**

**Menu Foods Income Fund**

**Defendant**

**Menu Foods Gen Par Limited**

**Defendant**

**Menu Foods Limited Partnership**

**Defendant**

**Menu Foods Operating Partnership**

**Defendant**

**Menu Foods Midwest Corp**

**Defendant**

**Menu Foods South Dakota**

**Defendant**

**Menu Foods, Inc.**

**Defendant**

**Menu Foods Holdings. Inc.**

**Defendant**

**Wal–Mart Stores Inc**

**Defendant**

**Del Monte Foods, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against all defendants (Filing fee $350 receipt number 250900) filed by David A. Payne on behalf of Richard Schwinger. Service due by 9/17/2007. (Attachments: # 1 Civil Cover Sheet)(Anderson, Christy) (Entered: 05/15/2007) |
| 05/22/2007 |  | NOTICE OF MAGISTRATE ASSIGNMENT mailed to pltf atty. This is a docket entry only. No document is attached.Magistrate Return due by 6/14/2007.(Anderson, Christy) (Entered: 05/22/2007) |
| 05/22/2007 | 2 | Notice of EAPN assigning to an outside mediator. Packet mailed to pltf atty. (Attachments: # 1 General Order)(Anderson, Christy) (Entered: 05/22/2007) |
| 07/13/2007 |  | SECOND NOTICE OF MAGISTRATE ASSIGNMENT emailed to David Payne, plaintiff's counsel. This is a docket entry only. No document is attached.Magistrate Return due by 8/6/2007 (Rowland, Bonnie) (Entered: 07/13/2007) |